UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 2:17-CR-735-16 |
| § | |
| SUE CAMPBELL; aka SUE DUQUE; § | |
| agent SUE DUQUE § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The Defendant originally waived her detention hearing without prejudice, but her lawyer later filed a motion for release on bond. The following requires detention of the Defendant pending trial in this case:

(1) There is probable cause to believe the Defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841(b)(1)(A); and

(2) The Defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required and the safety of the community.

The evidence against the Defendant meets the probable cause standard. The findings and conclusions contained in the Pretrial Services Report are adopted, supplemented by the unrebutted testimony of one of the case agents Roberto Hein. The Defendant has a serious drug habit, and in spite of having been given multiple chances to be on conditional release, she appears to have been unable to comply. When arrested in

1 / 2

this case, Defendant was high on drugs, combative, and attempted to evade arrest. She is a poor candidate for bond.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

The Defendant's agreed motions for bond are denied.

ORDERED this 2nd day of April, 2018.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE